COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00861-CV |
| Style: | Terrell William Proctor dba T.W. Proctor and Associates, and PRECO |
| | **v**. Quality Signs, Inc. |
| Date motion filed: | June 6, 2016 |
| Type of motion: | Third Motion to Extend Time to File Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?     No

If motion to extend time:

| | |
|---|---|
| Original due date: | March 21, 2016 |
| Number of previous extensions granted: | 2     Current Due date:  June 6, 2016 |
| Date Requested: | July 6, 2016 |

Ordered that motion is:

☑     **Granted**

If document is to be filed, document due:  **July 6, 2016**

☑     **The Court will not grant additional motions to extend time.**

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

Appellants' brief was initially due to be filed in this Court on March 21, 2016. After we granted appellants' first motion for extension, appellants' brief was due on April 20. On April 27, the Clerk of this Court notified appellants that they had not filed a brief or a motion for extension of time and the time to file the brief had expired. Appellants responded with a second motion, and we extended the time to file the brief to June 6. Appellants have filed a third motion, requesting a thirty-day extension, 105 days beyond the initial due date. **The motion is granted. Appellant's brief is due to be filed no later than JULY 6, 2016. No additional extensions will be granted.**

Judge's signature:     /s/ Russell Lloyd
☑ Acting individually     ☐ Acting for the Court

Date:  June 14, 2016